UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-07942-SVW-SHK | Date: | June 7, 2023 |
| Title: | *Dale Allen Williams v. Kilolo Kijakazi, Acting Comm'r of Soc. Sec.* | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER TO SHOW CAUSE**

      On November 1, 2022, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security.  Electronic Case Filing Number ("ECF No.") 1, Compl.  On December 19, 2022, the Court issued its Scheduling Order ("Order") in which, Plaintiff was ordered to file an opening brief within thirty days of Defendant filing an Answer to Plaintiff's Complaint.  ECF No. 10, Order.  On April 24, 2023, Defendant filed an Answer to the Complaint.  ECF No. 17, Answer.  Therefore, Plaintiff's opening brief was due on May 24, 2023.  Plaintiff, however, has not filed an opening brief as ordered.

      Accordingly, Plaintiff is **ordered to show cause** by **June 16, 2023,** why this case should not be dismissed for failure to prosecute and follow Court orders.  Plaintiff can satisfy this order by filing an opening brief by the date listed above.  **Plaintiff is cautioned that failure to timely comply with this order may result in the case being dismissed for failure to prosecute and follow Court orders.**

      **IT IS SO ORDERED.**