UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-07942-SVW-SHK | Date: | July 26, 2023 |
| Title: | *Dale Allen Williams v. Kilolo Kijakazi, Acting Comm'r of Soc. Sec.* | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **ORDER TO SHOW CAUSE**

On July 18, 2023, Dale Allen Williams ("Plaintiff") filed his opening brief ("Brief") in this case. Electronic Case Filing Number ("ECF No.") 22, Brief. On July 24, 2023, counsel for Plaintiff ("Counsel") moved for an extension of time ("Motion") to file Plaintiff's opening brief that, as discussed, was already filed less than one week earlier. ECF No. 23, Motion. Moreover, Counsel listed an incorrect case number in the caption of the Motion and omitted Plaintiff's name from the title of the Motion. See id. at 1 (Counsel listing case number "2:22-CV-05131-PA-JPR" in the caption of the Motion). Consequently, it appears that the Motion is moot because Plaintiff has already filed his Brief in this case and it also appears that Counsel may have filed this Motion in the incorrect case based on the incorrect case number listed in the caption of the Motion.

As such, Plaintiff is ordered to show cause by **August 2, 2023** why his Motion should not be denied as moot. Plaintiff can satisfy this order by either: (1) explaining in writing by date above why the Motion is not moot and should not be denied; or (2) withdrawing the motion by the date above.

**IT IS SO ORDERED.**