UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| DALE ALLEN WILLIAMS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KAJIKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:22-CV-07942-SVW-SHK<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees under EAJA, in the amount of EIGHT THOUSAND FIVE HUNDRED DOLLARS ($8,500.00), are awarded to Plaintiff, subject to the terms of the stipulation.

　　　IT IS SO ORDERED.

Dated: 12/07/2023

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE